[No. 28088-8-III. Division Three. June 17, 2010.]

LECTRO-TEK SERVICES, INC., *Appellant*, v. EXETER PACKERS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 02-2-01017-7, Ted W. Small, J., entered April 23, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28090-0-III. Division Three. June 17, 2010.]

JEAN K. PIERCE, *Individually and as Personal Representative*, ET AL., *Respondents*, v. WASHINGTON MOTORSPORTS LIMITED PARTNERSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-05680-1, Annette S. Plese, J., entered May 7, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 61377-4-I. Division One. June 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LAVON MELTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03552-2, Cheryl B. Carey, J., entered February 25, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 63098-9-I. Division One. June 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL WILLIAMS, *Appellant*. ·

Appeal from a judgment of the Superior Court for King County, No. 08-1-02677-5, Steven C. Gonzalez, J., entered March 2, 2009. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.